IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr66

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MARTEZ FUENTES. | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#14) is **GRANTED,** and this action is **DISMISSED**.

The Clerk of this court is instructed to hand deliver a copy of this Order to the United States Marshal to facilitate defendant's release on this charge.

Signed: September 14, 2011

Max O. Cogburn Jr.
United States District Judge